IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDGAR DIAZ, a/k/a "Hook," RICKEY ROLLINS, a/k/a "lil Rick," DON JOHNSON, a/k/a "Skanoodles," a/k/a "Noodles," ROBERT CALLOWAY, a/k/a "Papa," and DORNELL ELLIS, a/k/a "D Map,"<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. CR 05-00167 WHA<br><br>**REQUEST FOR ADDITIONAL INFORMATION** |

　　　The federal public defender recommends the appointment of John Cline as learned counsel representing defendant Robert Calloway.  The Court requests any additional information on Mr. Cline's death-penalty-related experience.  In particular, please submit information on what work Mr. Cline has performed personally in such cases.

　　　Any additional information shall be submitted by noon, October 31, 2005.

　　　The Clerk shall **SERVE** this Order on all parties, Federal Public Defender Barry J. Portman and Mr. Cline.

　　　**IT IS SO ORDERED.**

Dated:  October 25, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1
` 2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

G:\WHAALL\2005Crm\05-0167 Diaz\RequestInfo.wpd        2