IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 05-167 WHA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE: APPOINTMENT |
| v. | ) | OF COUNSEL |
| | ) | |
| ROBERT CALLOWAY | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Good cause appearing and pursuant to 18 U.S.C. § 3005, John Cline is designated learned counsel for Robert Calloway in the above entitled indictment.

    It is so ORDERED.

Dated: November 7, 2005

_____
William
United States District Judge

~~I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.~~

ORDER