**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO,<br><br>Defendants.<br>_____ / | No. C 05-00167 WHA<br><br>**ORDER APPOINTING CHAZIN AS COUNSEL FOR ROBERT CALLOWAY** |

This order appoints Seth Chazin as second counsel for defendant Robert Calloway at a rate of $160.00 per hour.

**IT IS SO ORDERED.**

Dated: December 19, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE