IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, TERRELL JACKSON and REDACTED DEFENDANT NO. ONE,<br><br>Defendants.<br>_____/ | No. CR 05-00167 WHA<br><br>**ORDER SETTING HEARING FOR ROBERT CALLOWAY'S RULE 404(B) MOTION** |

Defendant Robert Calloway's motion to exclude evidence of uncharged acts pursuant to Federal Rule of Evidence 404(b) (Docket No. 992) shall be heard on December 8, 2006, along with the other Rule 404(b) motions. The government's opposition will be due on December 1, 2006.

**IT IS SO ORDERED.**

Dated: November 15, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE